# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **KENNETH SHEARD** | ) ) ) |
| **Plaintiff,** | ) ) ) No. 3:20-CV-152-BJB |
| vs. | ) ) ) |
| **NOVO NORDISK, INC.**, | ) ) |
| **Defendant.** | |

## JOINT STATUS REPORT

Pursuant to the Court's August 1st, 2022 Order (DE#34), Plaintiff Kenneth Sheard and Defendant Novo Nordisk, Inc., ("Defendant"), by their respective counsel, respectfully provide the following joint status report.

The discovery phase of the litigation has ended. Defendant has served Written Discovery on Plaintiff, to which Plaintiff responded. Plaintiff has served Written Discovery on Defendant, to which Defendant responded. Additionally, Defendant deposed Plaintiff on March 17th, 2023. Defendant is preparing its Motion for Summary Judgment. The parties continue to discuss settlement prospects, but do not agree to mediation at this time; the parties will keep the possibility of mediation in mind as the case advances.

This 31st day of March, 2023.

| | |
|---|---|
| */s/  Brandon Edwards (w/ permission)* <br> Brandon Edwards <br> 3046 Breckenridge Ln. #Ll1 <br> Louisville, KY 40220 <br> (502) 299-9436 <br> *Counsel for Plaintiff* | */s/ Jay Inman* <br> Jay Inman <br> Kellan Coffey <br> Littler Mendelson, P.S.C. <br> 333 West Vine Street, Suite 1720 <br> Lexington, KY 40507 <br> Telephone: (859) 317-7970 <br> jinman@littler.com <br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of March, 2023 the foregoing has been filed via the electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the ECF system.

*/s/ Jay Inman*
Jay Inman
