**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:20-CV-00152-BJB-CHL**

**KENNETH SHEARD,**                                                                            **Plaintiff,**

**v.**

**NOVO NORDISK INC.,**                                                                       **Defendant.**

## ORDER

The undersigned held a telephonic status conference in this matter on April 27, 2023. Participating were the following:

> FOR PLAINTIFF:          None
>
> FOR DEFENDANT:          Kellan Coffey

The undersigned conducted this conference to inquire about the status of settlement negotiations.  Plaintiff did not appear at the conference.  Defendant stated its intent to file a motion for summary judgment prior to the May 15, 2023 deadline for dispositive motions and pursue settlement afterwards.

Accordingly,

IT IS HEREBY ORDERED that, **on or before June 23, 2023**, the Parties shall meet and confer and jointly file a report on the status of settlement discussions, including: (1) the Parties' respective positions on scheduling a status conference or ex parte calls regarding settlement; (2) whether settlement discussions remain ongoing; and (3) any respective proposals for resolving the case.  The report shall not include the terms of any offers or demands.  Any disagreement as to the Parties' positions on the topics to be included in the status report does not obviate the requirement

2

that it be filed jointly.  To the extent that the Parties disagree, they may state their disagreement in

the report.

Colin H Lindsay, Magistrate Judge

United States District Court

April 27, 2023

cc:  Counsel of record

0|10