## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**Kenneth Sheard**                                                              **Plaintiff**

v.                                                              **No. 3:20-cv-152-BJB**

**Novo Nordisk Inc.**                                                   **Defendant**

### Final Judgment

      In light of the Court's opinion (DN 50) granting the Defendant's motion for summary judgment (DN 38), the Court dismisses the case and strikes it from the Court's active docket.   This is a final order.

*Benjamin Beaton, District Judge*
*United States District Court*

June 10, 2024